THEODORE E. BROCHU *v.* PROGRESSIVE
NORTHWESTERN INSURANCE COMPANY
(AC 29682)

Bishop, Beach and Peters, Js.

Argued April 16—officially released May 12, 2009

Per Curiam. The judgment is affirmed.

DONALD GIBSON *v.* COMMISSIONER OF
CORRECTION
(AC 30086)

DiPentima, Robinson and Alvord, Js.

Submitted on briefs April 28—officially released May 12, 2009

Per Curiam. The appeal is dismissed.

LARRY SCALES *v.* COMMISSIONER OF CORRECTION
(AC 29458)

Beach, Robinson and McDonald, Js.

Argued April 15—officially released May 12, 2009

Per Curiam. The judgment is affirmed.